# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2021 KW 1243

VERSUS

ANDREW D. WETZEL                                    **DECEMBER 6, 2021**

---

In Re:    Andrew D. Wetzel, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          437719, 439156, 440180, 446758, 448399, 450459, and
          455768.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              JMM
                              WIL
                              EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT